IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JADEN SHAW,

              Plaintiff,

    v.

COUNTY OF FAYETTE EMPLOYEES,
CLYDE BRANSON, *LT. AT COUNTY
PRISON*; JOHN LANKY, *WARDEN OF
FAYETTE COUNTY PRISON*; ANGELA
KERN, *DIRECTOR OF INMATE WELFARE*;
AND FAYETTE COUNTY
COMMISSIONERS,

              Defendants.

2:23-CV-01954-CCW

## **ORDER**

       This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

       On October 1, 2024, the Magistrate Judge issued a Report, ECF No. 42, recommending that the Complaint, ECF No. 8, be dismissed with prejudice for failure to prosecute. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

       After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that the Complaint, ECF No. 8, is **DISMISSED WITH PREJUDICE**, and the Magistrate Judge's Report and Recommendation, ECF No. 42, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 12th day of November, 2024.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via US mail):

Jaden Shaw
*Pro se*
QP2679
SCI SOMERSET
1590 Walters Mill Road
Somerset, PA 15510-0001